# Court of Appeals
# of the State of Georgia

ATLANTA,  October 31, 2014

*The Court of Appeals hereby passes the following order:*

## A15A0452.  RITA DAWN WOODRUFF v. WILLIAM H. CHOATE.

Rita Dawn Woodruff filed a petition to modify child custody, which the trial court dismissed on March 14, 2014.  In its order, the trial court reserved the issue of attorney fees.  By order entered June 19, 2014, the trial court awarded attorney fees under both OCGA §§ 9-15-14 and 19-9-3.  On June 24, 2014, Woodruff filed a notice of appeal as to both orders.

To be timely, a notice of appeal must be filed within 30 days after entry of an appealable order.  See OCGA § 5-6-38 (a). Here, the only directly appealable order is the trial court's March 14, 2014 custody order.  See OCGA § 5-6-34 (a) (11); see also *Murphy v. Murphy*, 322 Ga. App. 829, 830 (747 SE2d 21) (2013) (child custody order directly appealable even if interlocutory).  The trial court's subsequent order awarding attorney fees may only be appealed by discretionary application.  See OCGA § 5-6-35 (a) (2) & (10); see also *Davidson v. Callaway*, 274 Ga. 813 (559 SE2d 728) (2002) (appeal of attorney fee award made in domestic relations case must be made by application for discretionary appeal).

Because Woodruff did not file a notice of appeal within 30 days of the trial court's custody ruling, her appeal is untimely. We therefore lack jurisdiction to consider the appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*_____10/31/2014_____
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ , *Clerk.*